No. 74–5913. DUNAWAY *v.* NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Brown* v. *Illinois, ante,* p. 590. Reported below: 35 N. Y. 2d 741, 320 N. E. 2d 646.

No. 74–6014. HART *v.* UNITED STATES; and DIXON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ortiz, ante,* p. 891, and *United States* v. *Brignoni-Ponce, ante,* p. 873. Reported below: 506 F. 2d 887 (first case); 506 F. 2d 899 (second case).

No. 74–6016. ARNOLD *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ortiz, ante,* p. 891, and *United States* v. *Brignoni-Ponce, ante,* p. 873. Reported below: 506 F. 2d 899.

No. 74–6061. ROCHA-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ortiz, ante,* p. 891, and *United States* v. *Brignoni-Ponce, ante,* p. 873.

No. 74–6086. GONZALEZ-DIAZ *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Ortiz, ante,* p. 891, and *United States* v. *Brignoni-Ponce, ante,* p. 873.